UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremiah S. Berg,                                                    Case No.  4:21-cv-743

                  Petitioner,

      v.                                                            ORDER

Sekou Ma'at, Warden,

                  Respondent.

        Petitioner Jeremiah S. Berg, proceeding without the assistance of counsel, filed a petition for

habeas corpus relief under 28 U.S.C. § 2241, challenging his 2011 conviction in the United States

District Court for the Eastern District of Wisconsin on charges of distribution of illegal substances

and possession of firearms.  (Doc. No. 1).  I denied his petition after concluding Berg could not

pursue his claims under § 2241.  (Doc. No. 9).  Berg appealed, and the Sixth Circuit Court of

Appeals held that, while my ruling was incorrect, Berg's petition must be dismissed for lack of

subject matter jurisdiction because Berg failed to satisfy the savings clause.  *See Berg v. Ma'at*, Case

No. 22-3373, Order dated Nov. 1, 2022.  The Sixth Circuit then remanded the case for further

proceedings. (Doc. No. 13).

        In compliance with the appellate mandate, I hereby order that Berg's petition is dismissed

for lack of subject matter jurisdiction.

        So Ordered.

                                    s/ Jeffrey J. Helmick
                                    United States District Judge